## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03304-JLK-MJW

JULIE SEGURA,

      Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU LLC, a New York limited liability company,

      Defendant.

---

## NOTICE OF SETTLEMENT

---

    COMES NOW the Plaintiff by and through her counsel of record and for her Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

2. The release document has been signed by the Plaintiff and the Defendant.

3. The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by January 27, 2012.

Dated: January 10, 2012.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, Colorado 80903
Telephone: (719) 473-0006
Attorney for the Plaintiff