IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03304-JLK-MJW

JULIE SEGURA,

 Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC, a New York limited liability company,

 Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**
---

 **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: January 23, 2012.

            Respectfully submitted,

            _s/ David M. Larson_____
            David M. Larson, Esq.
            88 Inverness Circle East, Suite I-101
            Englewood, CO 80112
            (303) 799-6895
            Attorney for the Plaintiff